Edward Antonino, Esq. (SBN 213908)
LAW OFFICE OF EDWARD ANTONINO
15760 Ventura Blvd., Suite 700
Encino, CA 91436
Telephone: (818) 995-9477
Email: ea@ca-workers-rights.com

Attorneys for Plaintiff
ADRIAN PEDRAZA

Lara C. de Leon, Esq.
ldeleon@constangy.com
CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP
3420 Bristol Street, 6th Floor
Costa Mesa, CA 92626
Phone: 949.743.3979

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN PEDRAZA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WALMART INC; and DOES 1-30, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:23−cv−00095 SB (SHKx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:　November 16, 2022<br>Removal Filed:　　January 18, 2023<br>Trial Date:　　　　October 16, 2023 |

NOTICE OF SETTLEMENT

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties are pleased to report that this matter has settled in all respects. The parties are currently preparing a settlement agreement and doing all other things necessary to effectuate their resolution of this matter and terminate the lawsuit.

The parties anticipate completing their resolution within 45 days. Shortly thereafter, the parties will be filing a request for dismissal with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

In the meantime, the parties respectfully request the Court vacate all deadlines.

Dated: June 1, 2023         **LAW OFFICE OF EDWARD ANTONINO**

By: /s/ Edward Antonio, Esq.
Edward Antonino
Attorneys for Plaintiff
ADRIAN PEDRAZA

Dated: June 1, 2023         **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: /s/ Lara C. de Leon
Lara C. de Leon
Attorneys for Defendant
WALMART INC.

**ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Edward Antonino of The Law Office of Edward Antonino, who are counsel for Plaintiff, on whose behalf this filing is jointly submitted, has concurred in this filing content and has authorized me to file this document.

By: /s/ Lara C. de Leon
Lara C. de Leon